[No. 10748–8–I. Division One. June 13, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDESS M. BALLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–1–00612–1, Liem E. Tuai, J., entered August 31, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 12382–3–I. Division One. June 13, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER BYRD BIBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87511, Nancy A. Holman, J., entered September 28, 1981. *Dismissed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Callow, J.

[No. 5115–3–III. Division Three. June 14, 1983.]

*In the Matter of* CECIL R. TONEY.

CECIL R. TONEY, *Appellant*, v. THE CITY OF SELAH, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–01872–5, Carl L. Loy, J., entered March 19, 1982. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Munson and McInturff, JJ.